JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS BURLESON,<br><br>       Plaintiff,<br><br>      v.<br><br>THE GUARDIAN LIFE<br>   INSURANCE COMPANY OF<br>   AMERICA;<br>NATIONS DIRECT MORTGAGE,<br>   LLC LONG TERM DISABILITY<br>   PLAN; and<br>DOES 1-10,<br><br>      Defendants. | Case No. 8:23-cv-01036-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Findings of Fact and Conclusions of Law Pursuant to Rule 52(a) of the Federal Rules of Civil Procedure" entered substantially contemporaneously herewith, and in accordance with Rules 52(a) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2.      Pursuant to a stipulation, Defendant Nations Direct Mortgage, LLC Long Term Disability Plan was previously dismissed from this case.

3.      Defendants Does 1 through 10, inclusive, are **DISMISSED**.

4.      Defendant The Guardian Life Insurance Company of America shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff Douglas Burleson. Plaintiff Douglas Burleson shall take nothing by way of his Complaint [ECF No. 1].

5.      Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:    September 3, 2024

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE